# EXHIBIT "1"

**ZENSTEIN KOVALSKY BUCKALEW, LLC**
By:  JOSEPH A. ZENSTEIN, ESQUIRE
Identification No.:  62349
Two Logan Square
100 N. 18th Street, Suite 300
Philadelphia, PA 19103
jzenstein@zensteinlaw.com
(215) 230-0800

MAJOR CASE
NON-JURY



Attorney for Plaintiffs

---

| | |
|---|---|
| ANGLERS PRO SHOP, INC.<br>3361 Bethlehem Pike<br>Souderton, PA 18964<br>AND<br>JOANNE NOTARANGELO<br>3361 Bethlehem Pike<br>Souderton, PA 18964<br><br>      v.<br><br><br>TRAVELERS CASUALTY INSURANCE<br>COMPANY OF AMERICA<br>One Tower Square<br>Hartford, CT 06183 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>DOCKET NUMBER: |

---

## PRAECIPE TO ISSUE WRIT OF SUMMONS

TO THE PROTHONOTARY:

    Kindly issue a Writ of Summons against Defendant in the above-captioned matter.

                      **ZENSTEIN KOVALSKY BUCKALEW, LLC**

BY: _____
                      JOSEPH A. ZENSTEIN, ESQUIRE
                      Attorney for Plaintiffs

Date: January 22, 2020

Case ID: 200102560

SUMMONS
*CITACION*

# Commonwealth of Pennsylvania
## CITY AND COUNTY OF PHILADELPHIA

ANGLERS PRO SHOP, INC.
3361 Bethlehem Pike
Souderton, PA 18964
AND
JOANNE NOTARANGELO
3361 Bethlehem Pike
Souderton, PA 18964

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

DOCKET NUMBER:

No. _____

v.

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA
One Tower Square
Hartford, CT 06183

TO:          TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

**You are notified that the Plaintiffs:**  Anglers Pro Shop, Inc. and Joanne Notarangelo

*Usted esta avisado que el demandante*

**Has (have) commenced an action against you.**
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Prothonotary*

By: _____

Date: _____

200102560
22 JAN 2020 09:54 am
A. SILIGRINI

**COURT OF COMMON PLEAS**
**PHILADELPHIA COUNTY**

Docket No.: _____

ANGLERS PRO SHOP, INC.
3361 Bethlehem Pike
Souderton, PA 18964
AND
JOANNE NOTARANGELO
3361 Bethlehem Pike
Souderton, PA 18964

v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA
One Tower Square
Hartford, CT 06183

# SUMMONS

BY: Joseph A. Zenstein, Esquire
**ZENSTEIN KOVALSKY BUCKALEW, LLC**
Two Logan Square
100 N. 18th Street, Suite 300
Philadelphia, PA 19103
215-230-0800

# **<u>EXHIBIT "2"</u>**

**ZENSTEIN KOVALSKY BUCKALEW, LLC**
By:  JOSEPH A. ZENSTEIN, ESQUIRE
Identification No.:  62349
1240 Old York Road, Suite 101
Warminster, PA 18974
jzenstein@zenteinlaw.com
215-230-0800



MAJOR CASE

Filed and Attested by the
Office of Judicial Records
04 FEB 2020 11:56 am
G. IMPERATO

Attorney for Plaintiffs

| | |
|---|---|
| ANGLERS PRO SHOP, INC<br>And<br>JOANNE NOTARANGELO<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE<br>COMPANY OF AMERICA | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br> JANUARY TERM, 2020<br><br>NO. 2560 |

### AFFIDAVIT OF SERVICE BY MAIL
### PROOF OF SERVICE

I, Joseph A. Zenstein, Esquire, being duly sworn according to law, depose and state that I mailed by Certified Mail, Return Receipt Requested, a true and correct copy of the Civil Action Writ of Summons filed in the above-captioned matter to Defendant, Travelers Casualty Insurance Company of America, One Tower Square, Hartford, CT 06183.

A true and correct copy of Plaintiffs' counsel's letter to Defendant enclosing the Writ along with the Return Receipt signed by Defendant's agent, evidencing delivery on January 27, 2020, is attached hereto as Exhibit "A".

**ZENSTEIN KOVALSKY BUCKALEW, LLC**

BY: _____
        JOSEPH A. ZENSTEIN, ESQUIRE
        Attorney for Plaintiffs

Date:  February 4, 2020

# ZENSTEIN KOVALSKY BUCKALEW, LLC

### A T T O R N E Y S   A T   L A W

A Pennsylvania Limited Liability Company

**Phone: 833.3.STORMS**
**www.zensteinlaw.com**

FILE NO.: 512-2547

January 22, 2020

**VIA CERTIFIED MAIL**
Travelers Casualty Insurance of America
One Tower Square
Hartford, CT 06183

Re:   Anglers Pro Shop, Inc., et al. v. Travelers Casualty Company Insurance
      Company of America
      Philadelphia Court of Common Pleas/ Docket No: 200102560

Dear Sir/Madam:

Enclosed please find Civil Action Writ of Summons which has been filed against you in
the above-referenced matter.  I would advise you to forward this document to your
attorney immediately.  If you would like to discuss an amicable resolution of this matter,
please do not hesitate to contact me.

Thank you for your attention to this matter.

Very truly yours,

JOSEPH A. ZENSTEIN, ESQUIRE
jzenstein@zensteinlaw.com

JAZ/MJ
Enclosure
Certified Mail
Return Receipt # 7019 0700 0002 2415 0963

7019 0700 0002 2415 0963

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

OFFICIAL USE

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
Postage
Total Postage and Fees
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark
Here

For delivery information, visit our website at www.usps.com®

PS Form 3800, April 2015 PSN 7530-02-000-9047                See Reverse for Instructions

Case ID: 200102560

Exhibit "A"

Case ID: 200102560



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Travelers Casualty Insurance
Company of America
One Tower Square
Hartford, CT 06183

9590 9402 4885 9032 5852 18

2. Article Number (Transfer from service label)
7019 0700 0002 2415 0963

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
Adrian Mazzoni                       JAN 2 7 2020

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

S12-2547

Case ID: 200102560

# EXHIBIT "3"

**ZENSTEIN KOVALSKY BUCKALEW, LLC**
By:  JOSEPH A. ZENSTEIN, ESQUIRE
Identification No.:  62349
Two Logan Square
100 N. 18th Street, Suite 300
Philadelphia, PA 19103
jzenstein@zensteinlaw.com
(215) 230-0800

MAJOR CASE

Filed and Attested by the
Office of Judicial Records
12 MAR 2020 11:40 am
M. RUSSO

Attorney for Plaintiffs

---

ANGLERS PRO SHOP, INC.
3361 Bethlehem Pike
Souderton, PA 18964
                and
JOANNE NOTARANGELO
3361 Bethlehem Pike
Souderton, PA 18964


            v.


TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA
One Tower Square
Hartford, CT 06183

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

DOCKET NUMBER: 200102560

---

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.

You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the Plaintiffs. You may lose money or property or other rights important to you.

You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.

Philadelphia Bar Association Lawyer Referral
and Information Service
One Reading Center Philadelphia, Pennsylvania 19107 (215) 238-6333
TTY (215) 451-6197

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.

Asociacion De Licenciados De Filadelfia
Servicio De Referencia E Informacion Legal
One Reading Center Filadelfia, Pennsylvania (215) 238-6333/TTY (215) 451-6197

**ZENSTEIN KOVALSKY BUCKALEW, LLC**
By:  JOSEPH A. ZENSTEIN, ESQUIRE          MAJOR CASE
Identification No.:  62349
Two Logan Square
100 N. 18th Street, Suite 300
Philadelphia, PA 19103
jzenstein@zensteinlaw.com
(215) 230-0800                              Attorney for Plaintiffs

| | |
|---|---|
| ANGLERS PRO SHOP, INC.<br>3361 Bethlehem Pike<br>Souderton, PA 18964<br>and<br>JOANNE NOTARANGELO<br>3361 Bethlehem Pike<br>Souderton, PA 18964<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE<br>COMPANY OF AMERICA<br>One Tower Square<br>Hartford, CT 06183 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>DOCKET NUMBER: 200102560 |

<u>**CIVIL ACTION COMPLAINT**</u>
**(1C. Contracts)**

1.     Plaintiffs, ANGLERS PRO SHOP, INC. is a business entity with its place of business at the address as set forth above.

2.     JOANNE NOTARANGELO is and adult individual residing at the address as set forth above.

3.     Defendant, TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, is a corporation duly organized and existing which is licensed to issue policies of insurance in the Commonwealth of Pennsylvania and maintains its principal place of business at the address set forth above. Defendant regularly conducts business in the

City and County of Philadelphia.

4.     Defendant in its regular course of business issued to Plaintiffs a policy of insurance, policy number 680-75234878-17-42 covering Plaintiffs' premises located at 3361 Bethlehem Pike, Souderton, PA 18964.  Plaintiffs is not in possession of the entire policy and it is alleged that said policy is in the possession of Defendant.

5.     At all times material hereto, Defendant was acting either individually or through its duly authorized agents, servants, workmen or employees, who were acting within the course and scope of their employment and on the business of said employer.

6.     On or about April 16, 2018, while said policy of insurance was in full force and effect, Plaintiffs suffered a sudden and accidental direct physical loss to the insured premises, resulting in damage to the insured premises in those areas and to the extent set forth in the estimate of Alliance Adjustment Group, a true and correct copy of which is attached hereto, made part hereof, and marked Exhibit "A".

7.     Notice of Plaintiffs' covered loss was given to Defendant in a prompt and timely manner and Plaintiffs have done and otherwise performed all things required of them under the policy of insurance issued by Defendant, including cooperating with Defendant's investigation; mitigating damages where reasonable, required and/or possible; providing Defendant with all available information and complying with all conditions precedent.

8.     Defendant determined that Plaintiffs suffered a loss to property that was covered under the terms and conditions of the policy but failed and refused to indemnify Plaintiffs completely for the loss.

9.     To the extent that Defendant failed and refused to fully indemnify Plaintiffs

completely for the loss, Defendant denied coverage for certain aspects of the claim in whole or in part.

10.     Defendant, despite demand for benefits under its policy of insurance has failed and refused to pay to Plaintiffs those benefits due and owing under said policy of insurance.

11.     Defendant has breached its contractual obligations to pay benefits to Plaintiffs for a loss covered under Defendant's policy of insurance.

12.     Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiffs as required under the aforementioned policy of insurance, Plaintiffs have suffered loss and damage in an amount in excess of $50,000.00.

WHEREFORE, Plaintiffs demand judgment against Defendant in an amount in excess of $50,000.00 together with interest and costs.

**ZENSTEIN KOVALSKY BUCKALEW, LLC**

BY:   _____
      JOSEPH A. ZENSTEIN, ESQUIRE
      Attorney for Plaintiffs

Date: March 12, 2020

## **VERIFICATION**

I verify that I have read the foregoing Complaint and that it is true and correct to the best of my knowledge, information and belief.  I make this Verification subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

X)_____
ANGLERS PRO SHOP INC.

X)_____
JOANNE E. NOTARANGELO

FILE NO.: 512-2547

Case ID: 200102560

EXHIBIT "A"

Case ID: 200102560

**Alliance Adjustment Group, Inc.**

435 N. Main Street,
Doylestown PA 18901

ANGLERS PRO SHOP, INC.
3361 BETHLEHEM PIKE
SOUDERTON PA 18964

| | | |
|---|---|---|
| Date of Est.: | 7/10/18 | |
| Estimator: | JAMES WAGNER, C | |
| File Number: | C18.1268 | |
| Date of Loss: | 5/ 1/18 | |
| Type of Loss: | STORM DAMAGE | |

| | Description | Repairs |
|---|---|---|
| 01 | Demolition | $2,492.10 |
| 02 | Lumber and Millwork | $39,100.96 |
| 04 | Roofing | $22,590.72 |
| 08 | Insulation | $534.16 |
| 09 | Dry Wall | $1,890.00 |
| 13 | Hardwood Flooring | $20,490.79 |
| 14 | Carpeting | $11,943.36 |
| 15 | Painting / Wallpapering | $1,952.88 |
| 16 | Electrical | $7,046.80 |
| 19 | Glazing & Windows | $429.30 |
| 23 | Siding & Cappings | $21,491.63 |
| 28 | Miscellaneous & Hardware | $574.67 |
| 29 | Specialties & Special Construction | $66,146.16 |
| 80 | Waterproofing | $2,556.00 |
| 98 | Deodorizing | $219.78 |
| 99 | Building Cleaning | $841.84 |

*(Certified NARI stamp: JAMES WAGNER, CR — Registration No. 4218 — REMODELER)*

| | | |
|---|---|---|
| Sub Total: | | $200,301.15 |
| Overhead : 10% | | $20,030.12 |
| SubTotal: | | $220,331.27 |
| Profit: 10% | | $22,033.13 |
| SubTotal: | | $242,364.39 |
| Ins Tax Permits: 3% | | $7,270.93 |
| **Total:** | | $249,635.32 |

**＊ - not Included in Overhead, Profit, and Ins Tax Permits calculations.**



This estimate is based upon representations made directly to Alliance Adjustment Group by the insured(s) or the insured(s) representative as to the location and date of origin of physical damage to the subject property. Further, this estimate, at the time of its preparation, represents the opinion of Alliance Adjustment Group as to the scope and cost of repairs to restore the property to its pre-loss condition, to the extent possible. This estimate contains the replacement cost value of the loss and, unless noted, does not consider or specify the presence or absence of pre-existing damage such as wear and tear, prior loss, or any other adverse condition in those areas included in our estimate. While it is possible that such adverse conditions existed at the time of our inspection, Alliance Adjustment Group considers this an issue of depreciation to be addressed with the insurer. Alliance Adjustment Group reserves the right to revise this estimate at any time upon receipt or discovery of new or additional information. The estimate may be based on preliminary review and subject to corrections, revisions, additions and deletions. The estimate may be compiled by the use of computer or other electronically generated means. Any errors or omissions, either by virtue of misprint or by incorrect entries by a data processor, should be considered a typographical error. We attempt to proof read all estimate entries, however the information contained in the estimate has not been subject to scrupulous auditing and review.

Case ID: 200102560

**ANGLERS PRO SHOP, INC.**     **3361 BETHLEHEM PIKE   SOUDERTON, PA 18964**     7/10/18
C18.1268

| DEMO & MISC. | (0' 0" X 0' 0" X 0' 0" ) |
| Offset 1 | (0' 0" X 0' 0" X 0' 0" ) |
| Offset 2 | (0' 0" X 0' 0" X 0' 0" ) |

Linear Feet:  0         Wall Sf:  0              Ceiling SF:  0         Total SF:  0

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| Mildew Treatment | 2 | $195.75 | ea | $391.50 | 99 |
| Deodorizing (Per Level) | 2 | $109.89 | ea | $219.78 | 98 |
| Demo Carpenters Labor Per Day | 4 | $302.40 | ea | $1,209.60 | 01 |
| Demo Laborer Per Day | 3 | $202.50 | ea | $607.50 | 01 |
| Dumpster 20 C.Y. Capacity | 1 | $675.00 | ea | $675.00 | 01 |
| Electrical Service Line to Sign (as per Mike Giradl Electric proposal) | 1 | $5,900.00 | ls | $5,900.00 | 16 |
| Asphalt Paving (as per Schmidt Paving LLC | 1 | $31,750.00 | ls | $31,750.00 | 29 |
| Note: The above paving work is required based on the access required to install the new electrical service cable to the sign. | 1 | $0.00 | | $0.00 | 01 |
| Remove & Replace Vinyl Siding on the Right and Left Side Gables (as per Rossetti Carpetry LLC proposal) | 1 | $19,525.00 | ls | $19,525.00 | 23 |
| | | **Total Room Price:** | | $60,278.38 | |

| SIGN | (0' 0" X 0' 0" X 0' 0" ) |
| Offset 1 | (0' 0" X 0' 0" X 0' 0" ) |
| Offset 2 | (0' 0" X 0' 0" X 0' 0" ) |

Linear Feet:  0         Wall Sf:  0              Celling SF:  0         Total SF:  0

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| Sign (Open) | 1 | $7,500.00 | ls | $7,500.00 | 29 |
| | | **Total Room Price:** | | $7,500.00 | |

| ROOF | (60' 0" X 30' 0" X 1' 0" ) |
| Offset 1 | (60' 0" X 30' 0" X 1' 0" ) |
| Offset 2 | (0' 0" X 0' 0" X 0' 0" ) |

Linear Feet:  360       Wall Sf:  360            Ceiling SF:  3600      Total SF:  3960

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| Roofing Removal | 3600 | $0.89 | sf | $3,204.00 | 04 |
| Asphalt Felt Paper | 3600 | $0.71 | sf | $2,556.00 | 80 |
| Asphalt Shingles 320 lb | 3600 | $3.68 | sf | $13,248.00 | 04 |
| Attic Vent | 2 | $109.35 | ea | $218.70 | 23 |
| Roof Edge Cap | 291 | $2.60 | lf | $756.60 | 04 |
| Ice & Water Shield (Rolled) | 550 | $2.34 | sf | $1,287.00 | 04 |
| Vent Collars | 2 | $89.24 | ea | $178.48 | 04 |



This estimate is based upon representations made directly to Alliance Adjustment Group by the insured(s) or the insured(s) representative as to the location and date of origin of physical damage to the subject property. Further, this estimate, at the time of its preparation, represents the opinion of Alliance Adjustment Group as to the scope and cost of repairs to restore the property to its pre-loss condition, to the extent possible. This estimate contains the replacement cost value of the loss and, unless noted, does not consider or specify the presence or absence of pre-existing damage such as wear and tear, prior loss, or any other adverse condition in those areas included in our estimate. While it is possible that adverse conditions existed at the time of our inspection, Alliance Adjustment Group considers this an issue of depreciation to be addressed with the insurer. Alliance Adjustment Group reserves the right to revise this estimate at any time upon receipt or discovery of new or additional information. The estimate may be based on preliminary review and subject to corrections, revisions, additions and deletions. The estimate may be compiled by the use of computer or other electronically generated means. Any errors or omissions, either by virtue of misprint or by incorrect entries by a data processor, should be considered a typographical error. We attempt to proof read all estimate entries, however the information contained in the estimate has not been subject to scrupulous auditing and review.

Case ID: 200102560

**ANGLERS PRO SHOP, INC.**    3361 BETHLEHEM PIKE  SOUDERTON, PA 18964

7/10/18
C18.1268

| Description | | Quantity | Price | | Total | # |
|---|---|---|---|---|---|---|
| Step Flashing | | 46 | $8.84 | lf | $406.64 | 04 |
| Steep Roof Charge | | 3600 | $0.71 | sf | $2,556.00 | 04 |
| High Roof Charge | | 1800 | $0.53 | sf | $954.00 | 04 |
| | | | **Total Room Price:** | | $25,365.42 | |

**LEFT ELEVATION**    (0' 0" X 0' 0" X 0' 0")
**Offset 1**    (0' 0" X 0' 0" X 0' 0")
**Offset 2**    (0' 0" X 0' 0" X 0' 0")

Linear Feet: 0      Wall Sf: 0        Ceiling SF: 0      Total SF: 0

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| R & R Air Conditioner Window | 2 | $98.83 | ea | $197.66 | 16 |
| Aluminum Capping (Avg Window) | 2 | $52.19 | ea | $104.38 | 23 |
| Aluminum Capping (Large Window) | 5 | $86.81 | ea | $434.05 | 23 |
| Aluminum Capping (Average Door) | 1 | $69.62 | ea | $69.62 | 23 |
| Aluminum Fascia Capping to 8" | 82 | $3.35 | lf | $274.70 | 23 |
| | | **Total Room Price:** | | $1,080.41 | |

**RIGHT ELEVATION**    (44' 0" X 26' 0" X 1' 0")
**Offset 1**    (0' 0" X 0' 0" X 0' 0")
**Offset 2**    (0' 0" X 0' 0" X 0' 0")

Linear Feet: 140      Wall Sf: 140        Ceiling SF: 1144      Total SF: 1284

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| Aluminum Capping (Large Window) | 6 | $86.81 | ea | $520.86 | 23 |
| Aluminum Capping (Average Door) | 1 | $69.62 | ea | $69.62 | 23 |
| Aluminum Fascia Capping to 8" | 82 | $3.35 | lf | $274.70 | 23 |
| | | **Total Room Price:** | | $865.18 | |

**2ND FLOOR LEFT KITCHEN**    (15' 4" X 13' 10" X 6' 9")
**Offset 1**    (6' 11" X 5' 8" X 6' 9")
**Offset 2**    (0' 0" X 0' 0" X 0' 0")

Linear Feet: 84      Wall Sf: 564        Ceiling SF: 251      Total SF: 815

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| Post Construction Cleaning (SF) | 251 | $0.23 | sf | $57.73 | 99 |
| Remove Subflooring | 32 | $1.01 | sf | $32.32 | 02 |
| 3/4" Plywood Subflooring | 32 | $2.77 | sf | $88.64 | 02 |
| Seal Walls | 564 | $0.39 | sf | $219.96 | 15 |
| Paint Walls | 564 | $0.55 | sf | $310.20 | 15 |
| 6/6 Window Unit | 1 | $429.30 | ea | $429.30 | 19 |



Page 2 of 6



This estimate is based upon representations made directly to Alliance Adjustment Group by the insured(s) or the insured(s) representative as to the location and date of origin of physical damage to the subject property. Further, this estimate, at the time of its preparation, represents the opinion of Alliance Adjustment Group as to the scope and cost of repairs to restore the property to its pre-loss condition, to the extent possible. This estimate contains the replacement cost value of the loss and, unless noted, does not consider or specify the presence or absence of pre-existing damage such as wear and tear, prior loss, or any other adverse condition in those areas included in our estimate. While it is possible that such adverse conditions existed at the time of our inspection, Alliance Adjustment Group considers this an issue of depreciation to be addressed with the insurer. Alliance Adjustment Group reserves the right to revise this estimate at any time upon receipt or discovery of new or additional information. The estimate may be based on preliminary review and subject to corrections, revisions, additions and deletions. This estimate may be compiled by the use of computer or other electronically generated means. Any errors or omissions, either by virtue of misprint or by incorrect entries by a data processor, should be considered a typographical error. We attempt to proof read all estimate entries, however the information contained in the estimate has not been subject to scrupulous auditing and review.

ADJUSTMENT GROUP

Case ID: 200102560

**ANGLERS PRO SHOP, INC.**   **3361 BETHLEHEM PIKE   SOUDERTON, PA 18964**

7/10/18
C18.1268

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| Carpet Tear Out | 22 | $3.68 | sy | $80.96 | 14 |
| Carpet Installation | 22 | $4.84 | sy | $106.48 | 14 |
| Carpet Padding (Good Grade) | 22 | $4.60 | sy | $101.20 | 14 |
| Carpet Residential (Good Grade) | 24 | $36.78 | sy | $882.72 | 14 |
| R/Reset Contents & Protect | 2 | $37.53 | ea | $75.06 | 28 |
| Remove & Reset Heater Vent | 2 | $8.10 | ea | $16.20 | 28 |
| R & R Air Conditioner Window | 1 | $98.83 | ea | $98.83 | 16 |
| Remove & Reset Refrigerator | 1 | $33.05 | ea | $33.05 | 28 |
| | | **Total Room Price:** | | $2,532.65 | |

**2ND FLOOR RIGHT ROOM**   (15' 4" X 9' 8" X 7' 0 " )
**Offset 1**   (0' 0" X 0' 0" X 0' 0 " )
**Offset 2**   (0' 0" X 0' 0" X 0' 0 " )

Linear Feet: 50   Wall Sf: 350   Ceiling SF: 148   Total SF: 498

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| Remove Wood Flooring | 41 | $2.79 | sf | $114.39 | 13 |
| Prefinish Oak Flooring | 41 | $16.68 | sf | $683.88 | 13 |
| Drywall Repair (Standard) | 1 | $472.50 | ea | $472.50 | 09 |
| Insulation (Standard) | 1 | $133.54 | ea | $133.54 | 08 |
| Molding Quarter Round 3/4" Oak | 19 | $2.71 | lf | $51.49 | 02 |
| Molding Window Set Ranch | 1 | $43.74 | st | $43.74 | 02 |
| Remove Subflooring | 32 | $1.01 | sf | $32.32 | 02 |
| 3/4" Plywood Subflooring | 32 | $2.77 | sf | $88.64 | 02 |
| Seal Walls | 175 | $0.39 | sf | $68.25 | 15 |
| Seal Ceiling | 148 | $0.39 | sf | $57.72 | 15 |
| Paint Walls | 175 | $0.55 | sf | $96.25 | 15 |
| Paint Ceiling | 148 | $0.55 | sf | $81.40 | 15 |
| Stain Window Trim | 2 | $67.42 | ea | $134.84 | 15 |
| Stain Shoe | 19 | $2.52 | lf | $47.88 | 15 |
| Carpet Tear Out | 15 | $3.68 | sy | $55.20 | 14 |
| Carpet Installation | 15 | $4.84 | sy | $72.60 | 14 |
| Carpet Padding (Good Grade) | 15 | $4.60 | sy | $69.00 | 14 |
| Carpet Residential (Good Grade) | 13 | $36.78 | sy | $478.14 | 14 |
| R/Reset Electric Base Heater | 1 | $30.79 | ea | $30.79 | 16 |
| | | **Total Room Price:** | | $2,812.57 | |



This estimate is based upon representations made directly to Alliance Adjustment Group by the insured(s) or the insured(s) representative as to the location and date of origin of physical damage to the subject property. Further, this estimate, at the time of its preparation, represents the opinion of Alliance Adjustment Group as to the scope and cost of repairs to restore the property to its pre-loss condition, to the extent possible. This estimate contains the replacement cost value of the loss and, unless noted, does not consider or specify the presence or absence of pre-existing damage such as wear and tear, prior loss, or any other adverse condition in those areas included in our estimate. While it is possible that such adverse conditions existed at the time of our inspection, Alliance Adjustment Group considers this an issue of depreciation to be addressed with the insurer. Alliance Adjustment Group reserves the right to revise this estimate at any time upon receipt or discovery of new or additional information. The estimate may be based on preliminary review and subject to corrections, revisions, additions and deletions. The estimate may be compiled by the use of computer or other electronically generated means. Any errors or omissions, either by virtue of misprint or by incorrect entries by a data processor, should be considered a typographical error. We attempt to proof read all estimate entries, however the information contained in the estimate has not been subject to scrupulous auditing and review.

Case ID: 200102560

**ANGLERS PRO SHOP, INC.**     **3361 BETHLEHEM PIKE   SOUDERTON, PA 18964**

7/10/18
C18.1268

| **RIGHT MIDDLE ROOM** | (15' 4" X 13' 0" X 8' 0 " ) |
| **Offset 1** | (5' 5" X 7' 4" X 8' 0 " ) |
| **Offset 2** | (0' 0" X 0' 0" X 0' 0 " ) |

Linear Feet:  82       Wall Sf:  657       Ceiling SF:  239       Total SF:  896

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| Carpet Tear Out | 20 | $3.68 | sy | $73.60 | 14 |
| Carpet Installation | 20 | $4.84 | sy | $96.80 | 14 |
| Carpet Padding (Good Grade) | 20 | $4.60 | sy | $92.00 | 14 |
| Carpet Residential (Good Grade) | 22 | $36.78 | sy | $809.16 | 14 |
| | | **Total Room Price:** | | $1,071.56 | |

| **MAIN SHOWROOM** | (33' 8" X 19' 9" X 14' 0 " ) |
| **Offset 1** | (38' 10" X 12' 5" X 14' 0 " ) |
| **Offset 2** | (20' 11" X 20' 10" X 14' 0 " ) |

Linear Feet:  293       Wall Sf:  4100       Ceiling SF:  1583       Total SF:  5683

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| Post Construction Cleaning (SF) | 1583 | $0.23 | sf | $364.09 | 99 |
| Remove Wood Flooring | 1583 | $2.79 | sf | $4,416.57 | 13 |
| Pergo/Laminate Flooring | 1583 | $9.65 | sf | $15,275.95 | 13 |
| Drywall Repair (Standard) | 1 | $472.50 | ea | $472.50 | 09 |
| Insulation (Standard) | 1 | $133.54 | ea | $133.54 | 08 |
| Seal Walls & Ceiling | 283 | $0.39 | sf | $110.37 | 15 |
| Paint Walls & Ceiling | 283 | $0.55 | sf | $155.65 | 15 |
| Paint Doors Oneside | 1 | $22.52 | un | $22.52 | 15 |
| Paint Door Trim & Jamb 1 side | 1 | $18.98 | un | $18.98 | 15 |
| Remove Paneling (SF) | 1108 | $1.17 | sf | $1,296.36 | 02 |
| Paneling Good Grade Wood | 1108 | $3.30 | sf | $3,656.40 | 02 |
| Carpet Tear Out | 176 | $3.68 | sy | $647.68 | 14 |
| Carpet Installation | 176 | $4.84 | sy | $851.84 | 14 |
| Carpet Commercial (28 OZ) | 198 | $38.01 | sy | $7,525.98 | 14 |
| Remove & Reset Light Fixture | 19 | $33.43 | ea | $635.17 | 16 |
| Remove Reclaimed T&G Ceiling | 788 | $3.09 | sf | $2,434.92 | 02 |
| Reclaimed T&G Ceiling 3/4" | 788 | $14.80 | sf | $11,662.40 | 02 |
| Remove & Reset Retail Store Inventory, Racks, & Displays | 1583 | $15.52 | sf | $24,568.16 | 29 |
| Wall Track Display Panels (Wood) | 1326 | $6.61 | sf | $8,764.86 | 02 |
| Note:  Leak at Right Gable Near Ceiling, Plus at Right Lower Window. Also at Back Door and at Right of Entrance Door | 1 | $0.00 | | $0.00 | 01 |
| Note:  The Laminate Flooring is installed directly overtop of carpeting.  It will be necessary to access the Laminate Flooring in order to access | 1 | $0.00 | | $0.00 | 01 |

Page 4 of 6



This estimate is based upon representations made directly to Alliance Adjustment Group by the insured(s) or the insured(s) representative as to the location and date of origin of physical damage to the subject property. Further, this estimate, at the time of its preparation, represents the opinion of Alliance Adjustment Group as to the scope and cost of repairs to restore the property to its pre-loss condition, to the extent possible. This estimate contains the replacement cost value of the loss and, unless noted, does not consider or specify the presence or absence of pre-existing damage such as wear and tear, prior loss, or any other adverse condition in those areas included in our estimate. While it is possible that such adverse conditions existed at the time of our inspection, Alliance Adjustment Group considers this an issue of depreciation to be addressed with the insurer. Alliance Adjustment Group reserves the right to revise this estimate at any time upon receipt or discovery of new or additional information. This estimate may be based on preliminary review and subject to corrections, revisions, additions and deletions. This estimate may be compiled by the use of computer or other electronically generated means. Any errors or omissions, either by virtue of misprint or by incorrect entries by a data processor, should be considered a typographical error. We attempt to proof read all estimate entries, however the information contained in the estimate has not been subject to scrupulous auditing and review.

Case ID: 200102560

**ANGLERS PRO SHOP, INC.**   **3361 BETHLEHEM PIKE  SOUDERTON, PA 18964**   7/10/18
C18.1268

and effectuate the removal of the affected caroeting and substrate below.

|  |  | Total Room Price: | $83,013.94 |
|---|---|---|---|

**REAR LEFT SHOWROOM**  (13' 4" X 11' 3" X 14' 0 " )
**Offset 1**  (0' 0" X 0' 0" X 0' 0 " )
**Offset 2**  (0' 0" X 0' 0" X 0' 0 " )

Linear Feet: 49        Wall Sf: 688        Ceiling SF: 150        Total SF: 838

| Description | Quantity | Price | Total | # |
|---|---|---|---|---|
| Remove Reclaimed T&G Ceiling | 339 | $3.09 SF | $1,047.51 | 02 |
| Reclaimed T&G Ceiling 3/4" | 339 | $14.80 sf | $5,017.20 | 02 |
| Wall Track Display Panels (Wood) | 264 | $6.61 sf | $1,745.04 | 02 |
| Remove & Reset Retail Store Inventory, Racks, & Displays | 150 | $15.52 sf | $2,328.00 | 29 |
| Note: Floors and wall panels are continuous from Main Showroom | 1 | $0.00 | $0.00 | 01 |
|  |  | Total Room Price: | $10,137.75 | |

**LEFT OFFICE**  (15' 9" X 9' 2" X 7' 0 " )
**Offset 1**  (16' 10" X 5' 7" X 7' 0 " )
**Offset 2**  (0' 0" X 0' 0" X 0' 0 " )

Linear Feet: 95        Wall Sf: 663        Ceiling SF: 238        Total SF: 901

| Description | Quantity | Price | Total | # |
|---|---|---|---|---|
| Drywall Repair (Standard) | 1 | $472.50 ea | $472.50 | 09 |
| Insulation (Standard) | 1 | $133.54 ea | $133.54 | 08 |
| Seal Walls | 492 | $0.39 sf | $191.88 | 15 |
| Seal Ceiling | 177 | $0.39 sf | $69.03 | 15 |
| Paint Walls | 492 | $0.55 sf | $270.60 | 15 |
| Paint Ceiling | 177 | $0.55 sf | $97.35 | 15 |
| Remove Paneling (SF) | 127 | $1.17 sf | $148.59 | 02 |
| Bead Board Paneling | 127 | $3.90 sf | $495.30 | 02 |
| R/Reset Contents & Protect | 6 | $37.53 ea | $225.18 | 28 |
| Remove & Reset Light Fixture | 3 | $33.43 ea | $100.29 | 16 |
| Remove & Reset Alarm Fixture | 1 | $50.63 ea | $50.63 | 16 |
| Note: Leak down through ceiling and wall at the gable end directly below the dislocated window in the 2nd Floor Kitchen Room above. | 1 | $0.00 | $0.00 | 01 |
|  |  | Total Room Price: | $2,254.89 | |



This estimate is based upon representations made clearly to Alliance Adjustment Group by the insured(s) or the insured(s) representative as to the location and date of origin of physical damage to the subject property. Further this estimate, at the time of its preparation, represents the opinion of Alliance Adjustment Group as to the scope and cost of repairs to restore the property to its pre-loss condition, to the extent possible. This estimate contains the replacement cost value of the loss and, unless noted, does not consider or specify the presence or absence of pre-existing damage such as wear and tear, prior loss, or any other adverse condition in those areas included in our estimate. While it is possible that such adverse conditions existed at the time of our inspection, Alliance Adjustment Group considers this an issue of depreciation to be addressed with the insurer. Alliance Adjustment Group reserves the right to revise this estimate at any time upon receipt or discovery of new or additional information. The estimate may be based on preliminary review and subject to corrections, revisions, additions and deletions. The estimate may be computed by the use of computer or other electronically generated means. Any errors or omissions, either by virtue of misprint or by incorrect entries by a data processor should be considered a typographical error. We attempt to proof read all estimate entries, however the information contained in the estimate has not been subject to scrupulous auditing and review

Case ID: 200102560

ANGLERS PRO SHOP, INC.     3361 BETHLEHEM PIKE   SOUDERTON, PA 18964          7/10/18
                                                                            C18.1268

**LEFT LOFT AREA**        (21' 0" X 5' 11" X 6' 4 " )
**Offset 1**              (0' 0" X 0' 0" X 0' 0 " )
**Offset 2**              (0' 0" X 0' 0" X 0' 0 " )

Linear Feet: 54       Wall Sf: 341        Ceiling SF:  124        Total SF:  465

| Description | Quantity | Price | Total | # |
|---|---|---|---|---|
| Post Construction Cleaning (SF) | 124 | $0.23  sf | $28.52 | 99 |
| Drywall Repair (Standard) | 1 | $472.50  ea | $472.50 | 09 |
| Insulation (Standard) | 1 | $133.54  ea | $133.54 | 08 |
| Remove Paneling (SF) | 170 | $1.17  sf | $198.90 | 02 |
| Paneling Good Grade Wood | 170 | $3.30  sf | $561.00 | 02 |
| R/Reset Contents & Protect | 6 | $37.53  ea | $225.18 | 28 |
| Remove & Reset Light Fixture | 1 | $33.43  ea | $33.43 | 16 |
| Remove Reclaimed T&G Ceiling | 97 | $3.09  sf | $299.73 | 02 |
| Reclaimed T&G Ceiling 3/4" | 97 | $14.80  sf | $1,435.60 | 02 |
| Note:  Leak at Ceiling Above Window.  Damage to Ceiling and Wall Paneling | 1 | $0.00 | $0.00 | 01 |

                                                    **Total Room Price:**     $3,388.40

                                                    **Total Estimate Price:**     $200,301.15



This estimate is based upon representations made directly to Alliance Adjustment Group by the Insured(s) or the Insured(s) representative as to the location and date of origin of physical damage to the subject property.  Further, this estimate, at the time of its preparation, represents the opinion of Alliance Adjustment Group as to the scope and cost of repairs to restore the property to its pre-loss condition, to the extent possible.  This estimate contains the replacement cost value of the loss and, unless noted, does not consider or specify the presence or absence of pre-existing damage such as wear and tear, prior loss, or any other adverse condition in those areas included in our estimate.  While it is possible that such adverse conditions existed at the time of our inspection, Alliance Adjustment Group considers this an issue of depreciation to be addressed with the Insurer.  Alliance Adjustment Group reserves the right to revise this estimate at any time upon receipt or discovery of new or additional information.  The estimate may be based on preliminary review and subject to corrections, revisions, additions and deletions.  The estimate may be compiled by the use of computer or other electronically generated means.  Any errors or omissions, either by virtue of misprint or by incorrect entries by a data processor, should be considered a typographical error.  We attempt to proof read all estimate entries, however the information contained in the estimate has not been subject to scrupulous auditing and review.

Case ID: 200102560

# EXHIBIT "4"

**BUTLER WEIHMULLER KATZ CRAIG LLP**
By:     Michael J. McLaughlin, Esquire
         Attorney ID No.:  208093
         Christopher R. Bedor, Esquire
         Attorney ID No.:  320645
1818 Market Street, Suite 2740
Philadelphia, PA  19103
Telephone:   (215) 405-9191
Facsimile:    (215) 405-9190

*Attorneys for Defendant,*
*Travelers Casualty Insurance Company*
*of America*

---

| | | |
|---|---|---|
| ANGLERS PRO SHOP, INC.<br>     and<br>JOANNE NOTARANGELO | : | IN THE COURT OF COMMON PLEAS<br>OF PHILADELPHIA COUNTY |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | Case No.: 200102560 |
| v. | : | |
| TRAVELERS CASUALTY INSURANCE<br>COMPANY OF AMERICA | : | |
| Defendant. | : | |

---

## DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL

TO THE PROTHONOTARY:

    PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1332, 1441 and 1446, Defendant, Travelers Casualty Insurance Company of America, has filed in this matter a Notice of Removal with the Clerk of the United States District Court for the Eastern District of Pennsylvania.   See Notice of Removal filed in the Eastern District of Pennsylvania, without its enclosures, attached hereto as Exhibit "A".

                              **BUTLER WEIHMULLER KATZ CRAIG LLP**

                              s/ Michael J. McLaughlin
                              _____
                              MICHAEL J. McLAUGHLIN, ESQ.
                              *Attorneys for Defendant, Travelers Casualty*
Dated:  April 2, 2020         *Insurance Company of America*

## <u>CERTIFICATE OF SERVICE</u>

I, Michael J. McLaughlin, hereby certify that, on this 2nd day of April, 2020, a true and correct copy of the foregoing Notice of Filing of Notice of Removal has been served via electronic mail on the following counsel of record:

Joseph A. Zenstein, Esq.
jzenstein@zensteinlaw.com
Zenstein Kovalsky Buckalew, LLC
1240 Old York Road, Suite 101
Warminster, PA  18974
*Attorneys for Plaintiff*

BUTLER WEIHMULLER KATZ CRAIG LLP

s/ Michael J. McLaughlin
MICHAEL J. McLAUGHLIN, ESQ.
*Attorney for Defendant, Travelers Casualty*
*Insurance Company of America*