IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANGLERS PRO SHOP, INC.,** *et al.*<br>   **Plaintiffs,**<br>   v.<br>**TRAVELERS CASUALTY INSURANCE CO.,**<br>   **Defendant.** | CIVIL ACTION NO.  20-1749 |

# ORDER

**AND NOW**, this 4th day of September 2020, upon consideration of the parties' joint status report, it is hereby **ORDERED** that this case is submitted to Magistrate Judge Carol Sandra Moore Wells for a settlement conference.  Counsel for the parties are directed to report to the Chambers of Judge Wells (Room 3016) on **November 10, 2020 at 10:00 AM**.[1] The parties and/or persons with full authority to settle must accompany counsel unless excused in advance by Judge Wells.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] The parties, with permission from Magistrate Judge Wells, may modify the settlement conference date by up to 14 days without seeking permission from this Court.